IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER RYAN DALTON | ) |
| | ) |
| v. | ) NO. 3-12-1000 |
| | ) JUDGE CAMPBELL |
| JEFF LONG, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 23), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant Herring's Motion for Summary Judgment (Docket No. 19) is GRANTED, and Plaintiff's claims against Defendant Herring are DISMISSED.

All Defendants and claims having now been dismissed, the Clerk is directed to close the file. Any other pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE